People of State of Illinois, Defendant in Error, v. Steryl E. Olson, Plaintiff in Error.

Gen. No. 10,803. 

Second District.

February 17, 1955.

Rehearing denied June 17, 1955.

Released for publication June 20, 1955.

Besse & Besse, for plaintiff in error, Robert W. Besse, of counsel; no briefs filed for defendant. Opinion PER CURIAM. **Not to be published in full.**